**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Soo Line Railroad Company d/b/a Canadian Pacific Railway, a Minnesota corporation,

Plaintiff,

v.

International Paper Company, Inc., a New York corporation,

Defendant.

Civil No. 01-1876 (JMR/FLN)

**Stipulation and Order to Amend Pretrial Scheduling Order**

---

The parties above-named, through their respective counsel, hereby stipulate and consent to disclosing the identity of expert witnesses (initial and rebuttal) and the substance of the testimony of expert witnesses to no later than July 1, 2002. The parties respectfully petition the Court for an amendment to the Pretrial Schedule to reflect this stipulation.

SPENCE, RICKE, SWEENEY & GERNES, P.A.

Dated: 4/15/02

By Scott H. Rauser
Scott H. Rauser-250752
Attorneys for Plaintiff
600 Degree of Honor Building
325 Cedar Street
St. Paul, Minnesota 55101
651/223-8000

. 7 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: 4-12-02

HANSEN, DORDELL, BRADT, ODLAUG
& BRADT, P.L.L.P.

By
J. Mark Catron 15829
Attorneys for Defendant
3900 Northwoods Drive, Suite 250
St. Paul MN 55112-6973
651/482-8900

ORDER

Based on the foregoing stipulation, the deadline for all parties to identify expert witness (initial and rebuttal) and disclose the substance of each expert witness' testimony is now July 1, 2002. No other deadlines in the Court's Pretrial Schedule of January 29, 2002 are modified.

Dated: April 17, 2002

Franklin L. Noel
[redacted] Magistrate Judge