UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil 01-1876 (JMR/FLN)

Soo Line Railroad Co.

v.

ORDER OF REFERENCE

International Paper Co.

IT IS HEREBY ORDERED that this case be referred to the Honorable Franklin L. Noel, United States Magistrate Judge, for all further proceedings and the entry of judgment, in accordance with 28 U.S.C. 636(c), Fed. R. Civ. P. 73 and the foregoing consent of the parties.

Dated: September 30, 2002

JAMES M. ROSENBAUM
Chief United States District Judge

22

FILED
RICHARD D. SLETTEN, CLERK
9-30-2
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS