UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Soo Line Railroad Company d/b/a
Canadian Pacific Railway,
a Minnesota Corporation,

Plaintiff,

v.

International Paper Company, Inc.,
a New York Corporation,

Defendant.

Civil No.: 01-1876 (JMR/FLN)

**STIPULATION AND ORDER FOR DISMISSAL OF ALL CLAIMS WITH PREJUDICE**

---

The parties having fully compromised and settled their dispute herein,

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their respective attorneys, that the above entitled matter may be dismissed with prejudice, on the merits and without costs to any of the parties.

IT IS FURTHER STIPULATED AND AGREED that the Court may enter an Order dismissing the matter with prejudice, on the merits, and without costs to any of the parties or their attorneys.

Dated this 22nd day of May, 2003.

SPENCE, RICKE, SWEENY & GERNES, P.A.

By Scott H. Rauser
Scott H. Rauser #250752
Attorneys for the Plaintiff the Soo Line Railroad Company d/b/a Canadian Pacific Railway
Suite 600, Degree of Honor Building
325 Cedar Street
St. Paul, MN 55101 651/292-3355

HANSEN, DORDELL, BRADT, ODLAUG & BRADT, P.L.L.P.

By [signature]
J. Mark Catron #15829
Roger Frederickson #283216
Attorneys for International Paper Company
3900 Northwoods Dr., Ste. 250
St. Paul MN 55112-6973
651/482-8900

FILED MAY 29 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

ORDER

IT IS HEREBY ORDERED that the above captioned matter is hereby dismissed with prejudice, on the merits, and without further cost to any of the parties or their attorneys.

Franklin L. Noel

Magistrate Judge of District Court

Dated: 5/29/03